1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2    every part of this stipulation and the continuance of the trial date
3    with my client. I have fully informed my client of his Speedy Trial
4    rights.  To my knowledge, my client understands those rights and
5    agrees to waive them.  I believe that my client's decision to give up
6    the right to be brought to trial earlier than October 21, 2025 is an
7    informed and voluntary one.

8    *[signature]*                                    08-07-2024
9    MICHAEL S. CHERNIS                               Date
     Attorney for Defendant
10   JOSE ANTONIO PARDO

11
12       I have read this stipulation and have carefully discussed it
13   with my attorney. I understand my Speedy Trial rights.  I voluntarily
14   agree to the continuance of the trial date, and give up my right to
15   be brought to trial earlier than October 21, 2025.  I understand that
16   I will be ordered to appear in Courtroom 8C of the Federal
17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18   2025 at 8:30 a.m.

19   *[signature: Jose pardo (Aug 7, 2024 22:39 PDT)]*    08/07/2024
20   JOSE ANTONIO PARDO                                   Date
     Defendant

21
22                    **CERTIFICATION OF INTERPRETER**
23       I, _____, am fluent in the written and spoken
24   English and Spanish languages.  I accurately translated this entire
25   agreement from English into Spanish to defendant JOSE ANTONIO PARDO
26   on this date.

27   _____                    _____
     INTERPRETER                                  Date
28