1  E. MARTIN ESTRADA
   United States Attorney
   MACK E. JENKINS
2  Assistant United States Attorney
   Chief, Criminal Division
3  JULIE J. SHEMITZ (Cal. Bar No. 224093)
   Assistant United States Attorney
4  International Narcotics, Money Laundering & Racketeering Section
        1400 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-5735
        Facsimile: (213) 894-0142
7       Cell:      (213) 500-9369
        E-mail:    julie.shemitz@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,              No. 2:23-CR-00524(A)-DMG

13            Plaintiff,
                                           STIPULATION REGARDING REQUEST FOR
14                 v.                      (1) CONTINUANCE OF TRIAL DATE(S)
                                           AND (2) FINDINGS OF EXCLUDABLE
15                                         TIME PERIODS PURSUANT TO SPEEDY
    EDGAR JOEL MARTINEZ-REYES ET           TRIAL ACT
16    AL.,
                                           **CURRENT TRIAL DATES:   11/5/24;
17            Defendants.                  3/25/2025
                                           PROPOSED TRIAL DATE:   5/19/2025**
18

19

20       Plaintiff United States of America, by and through its counsel

21  of record, the United States Attorney for the Central District of

22  California and Assistant United States Attorney Julie J. Shemitz, and

23  defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

24  individually and by and through his counsel of record, Zaura

25  Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

26  his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

27  both individually and by and through his counsel of record, Victor

28

1   Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2   through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3   individually and by and through his counsel of record, Louis J.

4   Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5   of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6   and through his counsel of record, John Targowski; LUIS BELANDRIA-

7   CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8   through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9   individually and by and through his counsel of record, Michael D.

10  Walsh; JIAYUNG YU, both individually, and by and through his counsel

11  of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12  and through his counsel of record, Edward M. Robinson; XUANYI MU

13  ("MU"), both individually and by and through his counsel of record,

14  Donald M. Matson; SHOU YANG, individually, and by and through his

15  counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16  individually, and by and through his counsel of record,      OSCAR

17  EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18  counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19  ROBLES"), both individually and by and through his counsel of record,

20  Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21  his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22  individually, and by and through his counsel of record, Peter

23  Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24  counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25  and by and through his counsel of record, Kevin Gres, hereby

26  stipulate as follows:

27

28

1      1.    On April 4, 2024, a grand jury for the Central District of

2   California returned first superseding indictment as to both United

3   States v. Zhang, et al. and United States v. Martinez-Reyes, et al.

4   Initial appearance and arraignment for defendant CHENGWU HE has been

5   set for August 22, 2024.

6      2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the

7   trial commence on or before August 20, 2024.

8      3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL

9   GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this

10   district.

11      4.    All defendants who have appeared in this district have been

12   released on bond pending trial.

13      5.    The parties estimate that the trial in this matter will

14   last approximately three weeks.  All defendants are joined for trial

15   and a severance has not been granted.

16      6.    By this stipulation, the parties move to continue the trial

17   date to and the status conference to October 21, 2025 and the status

18   conference to October 8, 2025.

19      7.    Defendants request the continuance based upon the following

20   facts, which the parties believe demonstrate good cause to support

21   the appropriate findings under the Speedy Trial Act:

22           a.    Counsel for defendants represent that they have

23   various prior obligations and trial conflicts as set out in Exhibit A

24   hereto. Counsel for defendants also represent that additional time is

25   necessary to confer with their defendants, conduct and complete an

26   independent investigation of the case, conduct and complete

27   additional legal research including for potential pre-trial motions,

28
                                      3

1   review the discovery and potential evidence in the case, and prepare

2   for trial in the event that a pretrial resolution does not occur.

3   Defense counsel represent that failure to grant the continuance would

4   deny them reasonable time necessary for effective preparation, taking

5   into account the exercise of due diligence.

6          b.    Defendants believe that failure to grant the

7   continuance will deny them continuity of counsel and adequate

8   representation.

9          c.    The government does not object to the continuance.

10          d.    The requested continuance is not based on congestion

11  of the Court's calendar, lack of diligent preparation on the part of

12  the attorney for the government or the defense, or failure on the

13  part of the attorney for the Government to obtain available

14  witnesses.

15      8.    For purposes of computing the date under the Speedy Trial

16  Act by which defendants' trial must commence, the parties agree that

17  the time period of January 2, 2024 to October 21, 2025, inclusive,

18  should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19  (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20  continuance granted by the Court at defendants' request, without

21  government objection, on the basis of the Court's finding that:

22  (i) the ends of justice served by the continuance outweigh the best

23  interest of the public and defendant in a speedy trial; (ii) failure

24  to grant the continuance would be likely to make a continuation of

25  the proceeding impossible, or result in a miscarriage of justice; and

26  (iii) failure to grant the continuance would unreasonably deny

27  defendant continuity of counsel and would deny defense counsel the

28

1 | reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.

3 |     9.    Nothing in this stipulation shall preclude a finding that
4 | other provisions of the Speedy Trial Act dictate that additional time
5 | periods be excluded from the period within which trial must commence.
6 | Moreover, the same provisions and/or other provisions of the Speedy
7 | Trial Act may in the future authorize the exclusion of additional
8 | time periods from the period within which trial must commence.

9 |     IT IS SO STIPULATED.
Dated: August 5, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

      /s/
JULIE J. SHEMITZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

20 |     I am EDGAR MARTINEZ-REYES's attorney. I have carefully
21 | discussed every part of this stipulation and the continuance of the
22 | trial date with my client. I have fully informed my client of his
23 | Speedy Trial rights. To my knowledge, my client understands those
24 | rights and agrees to waive them. I believe that my client's decision
25 | to give up the right to be brought to trial earlier than _____
26 | is an informed and voluntary one.

27
ZAIRA VILLAGOMEZ               Date
28

5

Attorney for Defendant
EDGAR MARTINEZ-REYES

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
EDGAR MARTINEZ-REYES                     Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

_____          _____
INTERPRETER                              Date

1    I am SAI ZHANG's attorney.  I have carefully discussed every

2 part of this stipulation and the continuance of the trial date with

3 my client.  I have fully informed my client of his Speedy Trial

4 rights.  To my knowledge, my client understands those rights and

5 agrees to waive them.  I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8 _____        _____
  RUEVEN L. COHEN                         Date
9 YOUNGBIN SON
  Attorneys for Defendant
10 SAI ZHANG

11

12

13    This agreement has been read to me in Mandarin, the language I

   understand best, and I have carefully discussed every part of it with
14
   my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
   agree to the continuance of the trial date and give up my right to be
16
   brought to trial earlier than October 21, 2025.  I understand that I
17
   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20 _____        _____
  SAI ZHANG                               Date
21 Defendant

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

   English and Mandarin languages.  I accurately translated this entire
24
   agreement from English into Mandarin to defendant SAI ZHANG on this
25
   date.
26

27 _____        _____
  INTERPRETER                             Date

28

                                 7

1

2    I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____        _____
    ROBERT M. HELFEND                      Date
10  Attorney for Defendant
    BERNARDO MAUBERIS
11

12

13    I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____        _____
    BERNARDO MAUBERIS                      Date
21  Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24    I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

```
INTERPRETER                              Date
```

I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
LOUIS J. SHAPIRO                         Date
Attorney for Defendant
PANYU ZHAO
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
PANYU ZHAO                               Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
_____        _____
INTERPRETER                             Date
```

    I am RAUL CONTRERAS's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

```
_____        _____
CHARLES C. BROWN                        Date
Attorney for Defendant
RAUL CONTRERAS
```

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

```
_____        _____
RAUL CONTRERAS                          Date
Defendant
```

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

```
INTERPRETER                          Date
```

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

```
JOHN TARGOWSKI                       Date
Attorney for Defendant
GUILLERMO ZAMBRANO
```

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
GUILLERMO ZAMBRANO                   Date
Defendant
```

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____    Date _____

    I am HANG SU's attorney.  I have carefully discussed every part
of this stipulation and the continuance of the trial date with my
client. I have fully informed my client of his Speedy Trial rights.
To my knowledge, my client understands those rights and agrees to
waive them.  I believe that my client's decision to give up the right
to be brought to trial earlier than October 21, 2025 is an informed
and voluntary one.

MICHAEL D. WALSH _____    Date _____
Attorney for Defendant
HANG SU



    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

HANG SU _____    Date _____
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Mandarin languages.  I accurately translated this entire
agreement from English into Mandarin to defendant HANG SU on this
date.

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of his
4 Speedy Trial rights.  To my knowledge, my client understands those
5 rights and agrees to waive them.  I believe that my client's decision
6 to give up the right to be brought to trial earlier than October 21,
7 2025 is an informed and voluntary one.

8 _____          _____
  MATTHEW J. LOMBARD                        Date
9 Attorney for Defendant
  OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights.  I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than October 21, 2025.  I understand that
16 I will be ordered to appear in Courtroom 8C of the Federal
17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18 2025 at 8:30 a.m.

19 _____          _____
  OSCAR EDUARDO MAYORGA                      Date
20 Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken
24 English and Spanish languages.  I accurately translated this entire
25 agreement from English into Spanish to defendant OSCAR EDUARDO
26 MAYORGA on this date.

27 _____          _____
  INTERPRETER                               Date
28
                              18

1     I, _____, am fluent in the written and spoken

2  English and Mandarin languages.  I accurately translated this entire

3  agreement from English into Mandarin to defendant SHOU YANG on this

4  date.

5  _____          _____

6  INTERPRETER                                                    Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  agreement from English into Mandarin to defendant XUANYI MU on this

2  date.

3

_____          _____
4  INTERPRETER                                Date

5

6      I am SHOU YANG's attorney.  I have carefully discussed every

7  part of this stipulation and the continuance of the trial date with

   my client. I have fully informed my client of his Speedy Trial
8
   rights.  To my knowledge, my client understands those rights and
9
   agrees to waive them.  I believe that my client's decision to give up
10
   the right to be brought to trial earlier than October 21, 2025 is an
11
   informed and voluntary one.
12

13 _____          _____
   SHOU YANG                                  Date
   Attorney for Defendant
14 ROBERT C. HSU

15

16     I have read this stipulation and have carefully discussed it

17 with my attorney. I understand my Speedy Trial rights.  I voluntarily

18 agree to the continuance of the trial date, and give up my right to

19 be brought to trial earlier than October 21, 2025.  I understand that

20 I will be ordered to appear in Courtroom 8C of the Federal

21 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

22 2025 at 8:30 a.m.

23 _____          _____
   SHOU YANG                                  Date
24 Defendant

25

26                      **CERTIFICATION OF INTERPRETER**

27

28
                                    16

INTERPRETER _____        Date _____

I am XUANYI MU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON _____        Date _____
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU _____        Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire

15

| | |
|---|---|
| INTERPRETER | Date |

1

2

3     I am XIAOLEI YE's attorney.  I have carefully discussed every

4 part of this stipulation and the continuance of the trial date with

5 my client. I have fully informed my client of his Speedy Trial

6 rights.  To my knowledge, my client understands those rights and

7 agrees to waive them.  I believe that my client's decision to give up

8 the right to be brought to trial earlier than October 21, 2025 is an

9 informed and voluntary one.

10

| | |
|---|---|
| EDWARD M. ROBINSON | Date |

BRIAN ARTHUR ROBINSON

11 Attorneys for Defendant

XIAOLEI YE

12

13

14     This agreement has been read to me in Mandarin, the language I

15 understand best, and I have carefully discussed every part of it with

16 my attorney.  I understand my Speedy Trial rights.  I voluntarily

17 agree to the continuance of the trial date and give up my right to be

18 brought to trial earlier than October 21, 2025.  I understand that I

19 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21

| | |
|---|---|
| XIAOLEI YE | Date |

22 Defendant

23                 **CERTIFICATION OF INTERPRETER**

24     I, _____, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant XIAOLEI YE on this

27 date.

28

1

INTERPRETER                                      Date

2

3        I am JIAYONG YU's attorney.  I have carefully discussed every

4   part of this stipulation and the continuance of the trial date with

5   my client. I have fully informed my client of his Speedy Trial

6   rights.  To my knowledge, my client understands those rights and

7   agrees to waive them.  I believe that my client's decision to give up

8   the right to be brought to trial earlier than October 21, 2025 is an

9   informed and voluntary one.

10  JONATHON PERLISS                                 Date
    Attorney for Defendant
11  JIAYONG YU

12

13

14       This agreement has been read to me in Mandarin, the language I

15  understand best, and I have carefully discussed every part of it with

16  my attorney. I understand my Speedy Trial rights. I voluntarily

17  agree to the continuance of the trial date and give up my right to be

18  brought to trial earlier than October 21, 2025. I understand that I

19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21  JIAYONG YU                                       Date
    Defendant
22

23                    **CERTIFICATION OF INTERPRETER**

24       I, _____, am fluent in the written and spoken

25  English and Mandarin languages. I accurately translated this entire

26  agreement from English into Mandarin to defendant JIAYONG YU on this

27  date.

28

                                  13

1    I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   EDVIN S. FLORES                         Date
9  Attorney for Defendant
   VICTOR RODRIGUEZ-TRUJILLO
10

11    I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____        _____
   VICTOR RODRIGUEZ-TRUJILLO                Date
20  Defendant

21

22                  **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

26  TRUJILLO on this date.

27  _____        _____
   INTERPRETER                             Date
28

                                    19

1      I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____     _____
    ROBERT BERNSTEIN                          Date
9  Attorney for Defendant
    VIDAL LICON-ROBLES
10

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____     _____
    VIDAL LICON-ROBLES                        Date
20  Defendant

21

22  ### CERTIFICATION OF INTERPRETER

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____     _____
    INTERPRETER                               Date

28

1     I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____        _____
   ANTHONY M. SOLIS                         Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11
       I have read this stipulation and have carefully discussed it
12
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19 _____        _____
   LEOPOLDO BERNAL                          Date
20 Defendant

21

22                   **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26 this date.

27 _____        _____
   INTERPRETER                              Date
28

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____          _____
   PETER JOHNSON                             Date
9  Attorney for Defendant
   JULIO ALEXANDER CABRERA
10

11    I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____          _____
   JULIO ALEXANDER CABRERA                    Date
20  Defendant

21

22                  **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant JULIO ALEXANDER

26  CABRERA on this date.

27  _____          _____
   INTERPRETER                                Date
28

                                    22

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     _____
MICHAEL S. CHERNIS                                Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
JOSE ANTONIO PARDO                                Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____     _____
INTERPRETER                                       Date

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____        _____8/9/24_____

   JIANDE ZHOU                              Date
10 Attorney for Defendant
   KEVIN D. GRES
11

12

       I have read this stipulation and have carefully discussed it
13
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
14
   agree to the continuance of the trial date, and give up my right to
15
   be brought to trial earlier than October 21, 2025.  I understand that
16
   I will be ordered to appear in Courtroom 8C of the Federal
17
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18
   2025 at 8:30 a.m.
19
   _____        _____8/9/2024_____
20 JIANDE ZHOU                              Date
   Defendant
21

22

23             **CERTIFICATION OF INTERPRETER**

       I, ___Yanyan Liu___, am fluent in the written and spoken
24
   English and Mandarin languages.  I accurately translated this entire
25
   agreement from English into Mandarin to defendant JIANDE ZHOU on this
26
   date.
27

28

                                  24

_____          08/09/2024
INTERPRETER                               Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28