1  I am SAI ZHANG's attorney.  I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8

_____    8/7/2024
9  RUEVEN L. COHEN                  _____
   YOUNGBIN SON                     Date
10 Attorneys for Defendant
   SAI ZHANG
11

12

13  This agreement has been read to me in Mandarin, the language I
14  understand best, and I have carefully discussed every part of it with
15  my attorney.  I understand my Speedy Trial rights.  I voluntarily
16  agree to the continuance of the trial date and give up my right to be
17  brought to trial earlier than October 21, 2025.  I understand that I
18  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
    90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20  _____    8/7/2024
    SAI ZHANG                        _____
21  Defendant                        Date

22              **CERTIFICATION OF INTERPRETER**

23  I, ____Yanyan Liu_____, am fluent in the written and spoken
24  English and Mandarin languages.  I accurately translated this entire
25  agreement from English into Mandarin to defendant SAI ZHANG on this
26  date.

27  _____yanyan liu_____    08/07/2024
    INTERPRETER                      _____
28                                   Date

7