1 | _____    _____
  | INTERPRETER                        Date
2 |
3 |
4 |        I am XUANYI MU's attorney.  I have carefully discussed every
  | part of this stipulation and the continuance of the trial date with
5 |
  | my client. I have fully informed my client of his Speedy Trial
6 |
  | rights.  To my knowledge, my client understands those rights and
7 |
8 | agrees to waive them.  I believe that my client's decision to give up
  | the right to be brought to trial earlier than October 21, 2025 is an
9 |
  | informed and voluntary one.
10 |
11 | _____    8/8/2024
   | DONALD J. MATSON                    _____
   | Attorney for Defendant             Date
12 | XUANYI MU
13 |
14 |        I have read this stipulation and have carefully discussed it
15 | with my attorney. I understand my Speedy Trial rights.  I voluntarily
16 | agree to the continuance of the trial date, and give up my right to
17 | be brought to trial earlier than October 21, 2025.  I understand that
18 | I will be ordered to appear in Courtroom 8C of the Federal
19 | Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
20 | 2025 at 8:30 a.m.
21 | _____    08/08/2024
   | XUANYI MU                           _____
22 | Defendant                          Date
23 |
24 |                    CERTIFICATION OF INTERPRETER
25 |        I, _Ivan Lam_, am fluent in the written and spoken
26 | English and Mandarin languages.  I accurately translated this entire
27 |
28 |

1  agreement from English into Mandarin to defendant XUANYI MU on this

2  date.

3  _____                          ___8/8/2024___
   INTERPRETER                              Date

4

5

6      I am SHOU YANG's attorney.  I have carefully discussed every

7  part of this stipulation and the continuance of the trial date with

8  my client. I have fully informed my client of his Speedy Trial

9  rights.  To my knowledge, my client understands those rights and

10  agrees to waive them.  I believe that my client's decision to give up

11  the right to be brought to trial earlier than October 21, 2025 is an

12  informed and voluntary one.

13  _____                          _____
   SHOU YANG                                Date
   Attorney for Defendant
14  ROBERT C. HSU

15

16      I have read this stipulation and have carefully discussed it

17  with my attorney. I understand my Speedy Trial rights.  I voluntarily

18  agree to the continuance of the trial date, and give up my right to

19  be brought to trial earlier than October 21, 2025.  I understand that

20  I will be ordered to appear in Courtroom 8C of the Federal

21  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

22  2025 at 8:30 a.m.

23  _____                          _____
   SHOU YANG                                Date
24  Defendant

25

26                      CERTIFICATION OF INTERPRETER

27

28
                                  16